■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAUL GUADALUPE, Appellant. [43 NYS3d 747]—Order, Supreme Court, New York County (Neil E. Ross, J.), entered October 10, 2013, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law

art 6-C), unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the adjudication to level one, and otherwise affirmed, without costs.

Under the circumstances of this case and in the exercise of our independent discretion, we find that a downward departure to level one is appropriate (*People v Gonzalez*, 91 AD3d 417 [1st Dept 2012]). Concur—Friedman, J.P., Acosta, Mazzarelli, Andrias and Moskowitz, JJ.